**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO.:   17-CR-20027-HUCK/MCALILEY**

UNITED STATES OF AMERICA,

      Plaintiff,

vs.

VANESSA VERNICE HORROBIN,

      Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

THIS CAUSE comes before the Court upon Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 53], which was issued on May 1, 2017.  In the Report and Recommendation, Magistrate Judge McAliley recommends that the Defendant, Vanessa Vernice Horrobin, be found to have freely and voluntarily entered a plea of guilty to Count One of the Indictment, which charges the Defendant with conspiracy to fraudulently pass altered postal money orders, in violation of Title 18, United States Code, Section 371.  Magistrate Judge McAliley recommends that the Defendant's guilty plea be accepted, that the Defendant be adjudicated guilty of the offense to which the plea of guilty has been entered, and that a sentencing hearing be conducted for final disposition of this matter.  The Defendant and the Government were afforded the opportunity to file objections to the Report and Recommendation, but none were filed.  Accordingly, having reviewed the record *de novo*, it is hereby

**ORDERED AND ADJUDGED** that Magistrate Judge McAliley's Report and Recommendation on Change of Plea [D.E. 53] is adopted and approved in its entirety.  The Defendant's guilty plea is accepted, and she is adjudged guilty of conspiracy to fraudulently pass altered postal money orders, in violation of 18 U.S.C. § 371.  A sentencing hearing will be held before the Honorable Paul C. Huck, at the Wilkie D. Ferguson, Jr. United States Courthouse, 400 North Miami Avenue, 13th Floor, Courtroom 13-2, Miami, Florida, on **Tuesday, July 25, 2017, at 9:00 A.M.**

**DONE AND ORDERED** in Chambers in Miami, Florida, on May 18, 2017.

Paul C. Huck
United States District Judge

**Copies provided to:**
Counsel of Record
U.S. Pretrial Services